AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of*
*Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN BRADLEY HODGES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OFFICER DYER, et al.<br><br>　　　　　Defendants. | Case No. 3:23-cv-00050-MMD-CSD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff, Steven Bradley Hodges, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, and hereby stipulate and agree, based upon the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this ___ day of September, 2023.                DATED this 18th day of October, 2023.

AARON D. FORD
Attorney General

[signature]
STEVEN BRADLEY HODGES
Plaintiff, *Pro Se*

By: /s/ Douglas R. Rands
    DOUGLAS R. RANDS, Bar No. 3572
    Senior Deputy Attorney General
    *Attorneys for Defendants*

Dated October 18, 2023

IT IS SO ORDERED

[signature]

_____
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on October 18, 2023, I electronically filed the foregoing, **STIPULATION OF DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

> Steven Bradley Hodges, #73224
> Northern Nevada Correctional Center
> P. O. Box 7000
> Carson City, NV  89702

*Roberta W. Blee*
_____
An employee of the
Office of the Nevada Attorney General